## First National Bank of Altoona *v.* Automobile Finance Company, Appellant.

Argued January 10, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

626

*Emanuel S. Leopold,* of *Scheeline & Leopold,* for appellant.

*Robert C. Haberstroh,* for appellee.

PER CURIAM, March 20, 1944:
The decree of the court below is affirmed on the able opinion of PATTERSON, P. J. Costs to be paid by appellant.